| | AUSA: | Philip Ross | Telephone: (313) 226-9790 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Sean Callaghan (FBI) | Telephone: (248) 879-6090 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
v.
Dana Demier Minor

Case No.

Case: 2:25−mj−30518
Assigned To : Unassigned
Assign. Date : 8/14/2025
Description: CMP USA V. SEALED (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  September 09, 2022 through October 2024  in the county of            Oakland            in the
        Eastern        District of         Michigan       , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Sean Callaghan, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  August 14, 2025

_Judge's signature_

City and state:  Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

I, Sean Callaghan, being duly sworn, state the following:

## I.  INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have investigated a variety of violations, including financial crimes, as an FBI agent for approximately 20 years.

2.     The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation, law enforcement reports that I have reviewed, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

3.     This affidavit is in support of a complaint and arrest warrant for Dana Minor.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation.  Rather, I have set forth only the facts that I believe are necessary to establish probable cause to believe that Dana Minor engaged in bank fraud, in violation of 18 U.S.C. § 1344, and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

## II.   VIOLATION STATUTES

### VIOLATION STATUTES

1.   Title 18, United States Code, Section 1344, prohibits bank fraud: Whoever knowingly and willfully executes, or attempts to execute, a scheme or artifice—

   (1)   To defraud a financial institution

   (2)   To obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises shall be fined not more than $1,000,000 or imprisoned not more than 30 years or both.


4.   Title 18, United States Code, Section 1028A prohibits Aggravated Identity Theft:

   (1)    Whoever, during and in relation to any felony violation enumerated in subsection (c) (including bank fraud) knowingly transfers, possesses, or uses without lawful authority a means of identification of another person shall, in addition to the

punishment provided for such felony, be sentenced to a term of imprisonment of two years.  Title 18, United States Code, Section 1028(d)(7) defines a "means of identification" means any name or number that may be used, alone or in conjunction with any other information to identify a specific including a name, social security number, date of birth, government issued driver's license

## III.   INVESTIGATION AND PROBABLE CAUSE

### September 2022-February 2023 Fraud Scheme
### Individual Victims

4.      In October 2022 the Synchrony Bank Special Investigations Team began monitoring an apparent account takeover scheme which centered around a common address in Highland Park associated with Dana Minor. From September 2022 through February 2023, Minor was connected to fraud on several existing accounts through common addresses, telephone numbers, social security numbers and email addresses. In addition, Minor was identified in the below listed specific instances of fraud as follows:

5.      From September 10, 2022 through October 31, 2022, Dana Minor made a series of recorded phone calls to Synchrony Bank (SYB) during which he purported to be Victim R.R. During these calls, Minor

made several changes to the account, including changing the address and telephone number associated with the account and attempting to add "his son" and "his brother" to the account. For example, during a recorded call on October 11, 2022, Minor identified himself as R.R., requested his credit limit, and provided his telephone number as 248-XXX-XXX2.

6.     Next, during a recorded call on October 26, 2022, Minor identified himself as Victim R.R. and requested that his brother, "Paul Potter," be added as an authorized user. On October 31, 2022, Minor called SYB from the Lowe's Store in Madison Heights, Michigan. During the call, Minor identified himself as "Paul Potter," the son of R.R., and started the process of identification verification. At approximately 2:30 p.m., Minor sent a video of himself via cell phone, number 248-XXX-XXX2. Minor stated that he did not have his driver's license, and he ultimately did not complete the verification process. I compared the image from the video sent to the image corresponding to Minor's actual Michigan Driver's License, and they appear to be the same individual.

7.     On January 11, 2023, Minor called SYB from a Lowe's store in Warren, Michigan purporting to be Victim R.R. and indicating that his card was declined. Minor completed the identification verification process

in the store and sent a video of himself at approximately 8:59PM from telephone number 313-XXX-XXX3. Minor then made a purchase on Victim R.R.'s account in the amount of $6,114.25. Still images from surveillance video from inside the store—which I have reviewed myself — shows Minor making this transaction.

8. On January 12, 2023, Minor made another purchase on Victim R.R.'s account in the amount of $7,457.55 at the Lowe's store in Madison Heights, Michigan. I have reviewed still images from surveillance video inside the store showing Minor making the transaction.

9. On January 13, 2023, Minor made another purchase on Victim R.R.'s account in the amount of $5,128.51 at the Lowe's store in Allen Park, Michigan. Surveillance video from inside the store again shows Minor making the transaction.

10. On January 14, 2023, Minor made another purchase on Victim R.R.'s account in the amount of $10,813.02 at the Lowe's store in Harper Woods, Michigan. Surveillance video inside the store shows Minor making the transaction.

11.     On January 15, 2023, Minor made another purchase on Victim R.R.'s account in the amount of $4,213.44 at the Lowe's store in Madison Heights, Michigan. Surveillance video inside the store shows Minor making the transaction.

12.     Thus, between January 11 and January 15, 2023, Minor made a total of five purchases at Lowe's stores in the Eastern District of Michigan using Victim R.R.'s account information. The total amount of the fraudulent purchases was $27,612.52. Minor did not have Victim R.R.'s permission or authority to use Victim R.R.'s account information to make these purchases.

13.     On January 30, 2023, Minor purported to be Victim J.P. and sent a video of himself as part of the identification verification process.

14.     On January 31, 2023, Minor sent another video of himself as part of the identification verification process. I have reviewed still images from this video, which appears to be sent from inside the Lowe's store in Westland, Michigan where Minor conducted two transactions on Victim J.P.'s account for a total amount of $6,270.89.

15.     On February 3, 2023, Minor conducted additional transactions on Victim J.P.'s account at the Lowe's store in Madison Heights, Michigan for a total amount of $3,965.89.

16.     Thus, between January 31 and February 3, 2023, Minor made a total of two purchases at Lowe's stores in the Eastern District of Michigan using Victim J.P.'s account information. The total amount of the fraudulent purchases was $10,236.78. Minor did not have Victim J.P.'s permission or authority to use Victim J.P.'s account information to make these purchases.

17.     On February 9, 2023, Minor called SYB from telephone number 248-XXX-XXX2 purporting to be Victim A.C. During the call, Minor changed the address and telephone, number 313-XXX-XXX9. Minor sent video of himself for identification verification.

18.     On February 10, 2023, Minor called SYB from telephone number 248-XXX-XXX2 and purported to be Victim A.C., providing A.C.'s Social Security Number. Minor stated that he was in the store and the clerk cannot pull up his account. A customer service representative spoke with Minor and then the Lowe's cashier, who provided her name and store number identifying the Lowe's store in Southfield, Michigan. Minor

then made a purchase on A.C.'s account in the amount of $3,124.81. I have reviewed still images from the surveillance video inside the store showing Minor making the transaction.

19.     Thus, between February 9 and February 10, 2023, Minor made a total of one purchase at Lowe's stores in the Eastern District of Michigan using Victim A.C.'s account information. The total amount of the fraudulent purchases was $3,124.81 Minor did not have Victim A.C.'s permission or authority to use Victim A.C.'s account information to make these purchases.

20.     On February 20, 2023, Minor called SYB purporting to be Victim M.S. and sent a video of himself for identification verification. During the call, Minor requested a change of the address and phone number on the account, as well as an increase in the credit limit from $10,000.00 to $20,000.00. SYB approved those changes.

21.     On February 21, 2023, Minor conducted a transaction on M.S.'s account in the amount of $6,194.19 at the Lowe's store in Commerce Township, Michigan. I have reviewed surveillance video from inside the store showing Minor making the transaction.

22.    That same day, Minor conducted another transaction on M.S.'s account in the amount of $3,330.94 at the Lowe's store in Bloomfield Hills, Michigan. I have reviewed still images of surveillance video from inside the store showing Minor making the transaction.

23.    Thus, on February 21, 2023, Minor made a total of two purchases at Lowe's stores in the Eastern District of Michigan using Victim M.S.'s account information. The total amount of the fraudulent purchases was $9,525.13. Minor did not have Victim M.S.'s permission or authority to use Victim M.S.'s account information to make these purchases.

## June 2024-October 2024 Fraud Scheme
## Organizational Victims

24.    On September 9, 2024, affiant was notified that Lowe's Corporate Investigations and Synchrony Bank's Special Investigation Team discovered that Dana Minor was engaged in a commercial account true name fraud scheme utilizing business identity theft. Further investigation revealed that from June to October 2024, Minor was recorded on Lowe's surveillance cameras conducting multiple transactions on several Lowe's Accounts Receivable (LAR) commercial accounts with Minor fraudulently listed as an authorized buyer. Minor

opened these business accounts without authorization using the name of the business in combination with the company's employer identification number (EIN). He then made fraudulent purchases totaling approximately $42,859.67 on the LAR commercial accounts without authorization from the victims.

25.    First, on June 14, 2024, Minor went to a Lowe's store in Ypsilanti, Michigan and made several transactions on a business account in the name of Diversco Construction Company with Minor listed as an authorized buyer. Minor made a purchase of $2,328.89 in merchandise timestamped at 16:06. Minor made another purchase of $2,445.95 in merchandise timestamped at 16:20. Minor purchased Cheetos and a Gatorade for $6.79 at 16:36. Minor then made a final purchase of $217.83 in merchandise timestamped at 16:45. I have reviewed surveillance images showing Minor making the purchases and providing his driver's license as identification.

26.    Next, on June 15, 2024, Minor entered the Lowe's store in Commerce Township, Michigan and conducted a transaction on a business account in the name of EJH Construction Inc with Minor listed as an authorized buyer. Minor purchased $970.07 in merchandise

timestamped at 18:55. Minor is captured on surveillance video while inside the store making the transaction, and I have reviewed that video and confirmed Minor is the one making the fraudulent transactions.

27.    On June 21, 2024, Minor entered the Lowe's store in Ypsilanti, Michigan and conducted a series of transactions on the business account of Brinker Team Construction Co. with Minor listed as an authorized buyer. Minor purchased $2,768.51 of merchandise timestamped at 20:13. Minor next purchased $209.88 of merchandise timestamped at 20:23. Minor then purchased chips and a Mountain Dew for $5.19 timestamped at 20:26. Minor made a final purchase in the amount of $12.86 timestamped at 21:46. Minor is captured on surveillance video while conducting these transactions, and I have reviewed the video and confirmed Minor is the one making the fraudulent transactions.

28.    On July 1, 2024, Minor entered the Lowe's store in Commerce Township, Michigan and conducts a series of transactions on a business account in the name of Michigan Construction Workforce with Minor listed as an authorized buyer. Minor purchased $2,211.20 of merchandise timestamped at 16:43. Minor made another purchase in the amount of

$2,170.88 of merchandise timestamped at 17:07, and a third purchase in the amount of $1,771.31 timestamped at 17:26.

29.     Earlier that same day, Minor made purchases at the same Lowe's store in Commerce Township, Michigan utilizing the business account for Ashmart Construction LLC with Minor as an authorized buyer. Minor purchased $2,061.23 of merchandise timestamped at 14:27. Minor then conducted two more transactions:  a return in the amount of $225.12 timestamped at 18:42 and a purchase in the amount of $780.49 timestamped at 21:51 where Minor was listed as the customer. Minor was again captured on surveillance video inside the store, and I have reviewed that footage and confirmed Minor is the one making the fraudulent purchases.

30.     On July 2, 2024, Minor entered the Lowe's store in Allen Park, Michigan and conducted a transaction on the business account of Ashmart Construction LLC with Minor listed as an authorized buyer. Minor purchased $1,830.31 of merchandise timestamped at 10:14. Minor is captured on surveillance video making the transaction; I have reviewed that footage and confirmed Minor is the one making the fraudulent purchases.

31.    On July 9, 2024, Minor entered the Lowe's store in Madison Heights, Michigan and conducted a transaction on the business account of North American Construction with Minor listed as an authorized buyer. Minor purchased $2,414.42 of merchandise timestamped at 15:19.

32.    On August 28, 2024, Minor entered the Lowe's store in Ypsilanti, Michigan and made a series of transactions utilizing a business account in the name of Simple Heating and Air LLC with Minor listed as an authorized buyer. Minor purchased $2,389.08 of merchandise timestamped at 16:32. Minor made another purchase in the amount of $2,242.54 of merchandise timestamped at 16:47. Minor made a third purchase in the amount of $2,085.61 of merchandise timestamped at 19:21. Minor is captured on surveillance video in the store; I have reviewed that footage and confirmed Minor is the one making the fraudulent purchases.

33.    On September 2, 2024, Minor entered the Lowe's store in Ypsilanti, Michigan and made a series of transactions utilizing a business account in the name of Menlo Innovations LLC with Minor as an authorized buyer. Minor purchased $5,065.95 of merchandise timestamped at 17:38. Minor made another purchase of merchandise in

the amount of $664.94 timestamped at 17:43. Minor made a third

purchase of merchandise in the amount of $512.74 timestamped at 17:57.

Minor is captured on surveillance video inside the store. His vehicle, a

gray 2021 Jeep Grand Cherokee, is also captured on surveillance video of

the parking lot.

34.     On September 5, 2024, Minor entered the Lowe's store in

Canton, Michigan and conducted a transaction utilizing a business

account in the name of Michigan Electrical Service LLC with Minor listed

as an authorized buyer. Minor purchased $2,571.88 of merchandize

timestamped at 18:03. Minor is captured on surveillance video inside the

store while conducting this transaction; I have reviewed that footage and

confirmed Minor is the one making the fraudulent purchases.

35.     On September 27, 2024, Minor entered the Lowe's store in

Madison Heights, Michigan and made transactions utilizing a business

account in the name of Shumaker Technology Group LLC with Minor

listed as an authorized buyer. Minor purchased $1,643.00 of merchandise

timestamped at 18:17. Minor made another purchase of merchandise in

the amount of $1,164.09 timestamped at 18:31. Minor is captured on

surveillance video inside the store during these transactions; I have

reviewed that footage and confirmed Minor is the one making the fraudulent purchases.

36.     On September 29, 2024, Minor entered the Lowe's store in Harper Woods, Michigan and conducted a transaction utilizing a business account in the name of Global Information Technology with Minor as an authorized buyer. Minor purchased $2,539.15 of merchandise timestamped at 15:05. Minor is captured on surveillance video inside the store during this transaction; I have reviewed that footage and confirmed Minor is the one making the fraudulent purchases.

37.     On October 4, 2024, Minor entered the Lowe's store in Ypsilanti, Michigan and conducted transactions utilizing a business account in the name of Pro Home Improvement Inc with Minor listed as an authorized buyer. Minor purchased $2,992.19 of merchandise timestamped at 19:52. Minor made another purchase of merchandise in the amount of $2,461.58 timestamped at 22:06.

38.     Above listed incidents from June to October 2024 resulting in over $42,000.00 in fraudulent purchases are specific examples and do not represent the totality of all fraudulent purchases made by Minor utilizing this scheme. Representatives of the businesses listed were contacted and

confirmed that Minor did not receive permission from those companies to open accounts or conduct transactions on behalf of their companies.

39. Based on the above investigation, probable cause exists that Dana Minor engaged in bank fraud, in violation of 18 U.S.C. § 1344; and aggravated identity theft, in violation of 18 U.S.C. § 1028A.

Respectfully Submitted,

Sean Callaghan, Special Agent
FBI

Sworn to before me and signed
in my presence and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States District Judge

Dated: August 14, 2025